■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIAMOND M., Appellant. [33 NYS3d 704]—Judgment, Supreme Court, Bronx County (Judith Lieb, J.), rendered September 5, 2014, convicting defendant, upon her plea of guilty, of assault in the second degree, adjudicating her a youthful offender, and sentencing her to a term of 1½ to 4 years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal (*see People v Powell*, 140 AD3d 401 [2016]), we perceive no basis for reducing the sentence. Concur—Sweeny, J.P., Acosta, Feinman, Kapnick and Webber, JJ.